FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2017

JAMES W. McCORMACK, CLERK
By:_____
                  DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 4:17CR00202 JM |
| vs. ) | |
| ) | **FILED UNDER SEAL** |
| KARLEN G. INGRAM, ) | |
| TERRY WHITTIER, JR., aka TJ ) | 18 U.S.C § 1709 |
| JASON M. JONES, ) | 21 U.S.C. § 846 |
| HAYWARD CLEAVON SHAW ) | 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

1. Beginning in or about December 2016, and continuing through in or about April 2017, in the Eastern District of Arkansas,

KARLEN G. INGRAM,
TERRY WHITTIER, JR., aka TJ
JASON M. JONES,
HAYWARD CLEAVON SHAW

defendants herein, conspired and agreed with each other, and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute methamphetamine actual, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

With respect to defendants KARLEN G. INGRAM, TERRY WHITTIER JR., aka TJ, JASON M. JONES, and HAYWARD CLEAVON SHAW, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of

his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine actual, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about January 20, 2016, in the Eastern District of Arkansas, the defendant,

JASON M. JONES,

did knowingly and intentionally possess with intent to distribute and distribute 50 grams or more of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3

On or about November 3, 2016, in the Eastern District of Arkansas, and elsewhere, the defendant,

JASON M. JONES,

did knowingly and intentionally possess with intent to distribute and distribute 50 grams or more of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4

From on or about May 2016 through February 2017, in the Eastern District of Arkansas, the defendant,

HAYWARD CLEAVON SHAW,

while employed by the United States Postal Service, did knowingly and intentionally steal, take, embezzle, and abstract letters, postal cards, packages, bags, mail, or articles contained therein out of an authorized depository for mail matter, to wit, a mail route, which was entrusted to him and had come into his possession as a United States Postal Service employee.

All in violation of Title 18, United States Code, § 1709.

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses alleged in Counts 1 through 4, of this Indictment, the defendants,

KARLEN G. INGRAM,
TERRY WHITTIER, JR., aka TJ
JASON M. JONES,
HAYWARD CLEAVON SHAW

shall forfeit to the United States, under 21 U.S.C. § 853(a), all property, constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of the offense(s).

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses alleged in Counts 1 through 4 of this Indictment, the defendants,

KARLEN G. INGRAM,
TERRY WHITTIER, JR., aka TJ
JASON M. JONES,
HAYWARD CLEAVON SHAW

shall forfeit to the United States, pursuant to 21 USC §853(a), 28 U.S.C. 2461(c), all property used , or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s).